# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 11-cv-62630–CV–WILLIAMS

JOSEPH LYNCH

      Plaintiff,

vs.

PROFESSIONAL RECOVERY SERVICES, INC.,

      Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation of Dismissal with Prejudice by and between the parties (DE 36), this action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees except as otherwise agreed to in their settlement agreement.  The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 25th day of October, 2012.

                            KATHLEEN M. WILLIAMS
                            UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record